

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00230-CV

**CHARLOTTE SCOTT,**

**Appellant**

 **v.**

**THE HOMEOWNER'S ASSOCIATION
OF SPRING CREEK, INC.,**

**Appellee**

### From the 443rd District Court
### Ellis County, Texas
### Trial Court No. 90918

## ABATEMENT ORDER

In her first issue, the appellant has complained of the trial court's failure to enter findings of fact and conclusions of law pursuant to Texas Rule of Civil Procedure 296. These findings are mandatory upon proper request, including a notice of past due findings of fact and conclusions of law. TEX. R. CIV. P. 297. Appellee does not dispute that the findings and conclusions have not been made. Therefore, we will abate this

appeal and remand this case to the trial court for the trial court to make the required findings and conclusions. The trial court's written findings shall be forwarded to the Clerk in a supplemental clerk's record within thirty days of the date of this order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal Abated
Order delivered and filed July 26, 2017

